THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM INC.,<br><br>Defendant. | No. 2:23-cv-01875<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES** |

Plaintiff Michelle McGee ("Plaintiff") and Defendant Nordstrom Inc. ("Nordstrom") (collectively, the "Parties") stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. On December 6, 2023, Plaintiff filed her initial Complaint (ECF No. 1) against Nordstrom.

2. On December 11, 2023, Plaintiff served the Summons and Complaint on Nordstrom via Nordstrom's registered agent.

3. On December 22, 2023, in light of intervening holidays, anticipated travel, and out-of-office time, the Parties mutually agreed to extend Nordstrom's deadline to respond to the Complaint from January 2, 2024, to January 31, 2024.

4.        The Parties also agreed, to the extent Nordstrom files a motion under Local Rule 7(d)(3) on the agreed January 31, 2024 deadline, that Plaintiff's response be set as February 26, 2024 and Nordstrom's reply be set as March 8, 2024.

5.        Accordingly, the Parties respectfully request that the Court set Nordstrom's deadline to answer or otherwise respond to Plaintiff's Complaint as January 31, 2024, Plaintiff's response (if any) as February 26, 2024, and Nordstrom's reply (if any) as March 8, 2024.

6.        By entering into this stipulation, the Parties hereto do not waive, and expressly preserve, all rights, remedies, and defenses.

Dated this 22nd day of December, 2023

CARSON NOEL PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264
20 Sixth Avenue NE
Issaquah, WA 98027
E-mail: wright@carsonnoel.com

BURSOR & FISHER, P.A.

*s/ Yitzchak Kopel*
Yitzchak Kopel, *pro hac forthcoming*
Israel Rosenberg, *pro hac forthcoming*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
E-mail: ykopel@bursor.com
lrosenberg@bursor.com

Christopher Reilly, *pro hac forthcoming*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
E-mail: creilly@bursor.com

*Attorneys for Plaintiff*

DLA PIPER LLP (US)

*s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Jeffrey DeGroot, WSBA No.46839
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:    206.839.4800
E-mail: austin.rainwater@us.dlapiper.com
jeffrey.degroot@us.dlapiper.com
virginia.weeks@us.dlapiper.com

Isabelle L. Ord, *pro hac vice forthcoming*
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
E-mail:  isabelle.ord@us.dlapiper.com

*Attorneys for Defendant Nordstrom, Inc*

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINES - 2
Case No. 2:23-cv-01875

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of December, 2023.

_____
The Honorable John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINES - 3
Case No. 2:23-cv-01875