UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM INC.,<br><br>Defendant. | No. 2:23-cv-01875<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES** |

Plaintiff Michelle McGee ("Plaintiff") and Defendant Nordstrom Inc. ("Nordstrom") (collectively, the "Parties") stipulate and agree as follows and request that the Court enter an order consistent with the following:

1. On December 6, 2023, Plaintiff filed her initial Complaint (ECF No. 1) against Nordstrom. On December 11, 2023, Plaintiff served the Summons and Complaint on Nordstrom via Nordstrom's registered agent.

2. On December 22, 2023, the Parties mutually agreed to extend Nordstrom's deadline to respond to the Complaint from January 2, 2024, to January 31, 2024 and a briefing schedule for any motion filed by Nordstrom under Local Rule 7(d)(3) (ECF No. 6), and the Court entered an Order granting the request the same day (ECF No. 7).

3.     On January 24, 2024, to give Nordstrom additional time to investigate the facts and Plaintiff's claim prior to responding, the Parties mutually agreed to extend Nordstrom's deadline to respond to the Complaint from January 31, 2024, to February 14, 2024.

4.     The Parties also agreed, to the extent Nordstrom files a motion under Local Rule 7(d)(3) on the agreed February 14, 2024 deadline, that Plaintiff's response be set as March 11, 2024 and Nordstrom's reply be set as March 22, 2024.

5.     Accordingly, the Parties respectfully request that the Court set Nordstrom's deadline to answer or otherwise respond to Plaintiff's Complaint as February 14, 2024, Plaintiff's response (if any) as March 11, 2024, and Nordstrom's reply (if any) as March 22, 2024.

6.     By entering into this stipulation, the Parties hereto do not waive, and expressly preserve, all rights, remedies, and defenses.

Dated this 25th day of January, 2024

CARSON NOEL PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264
20 Sixth Avenue NE
Issaquah, WA 98027
E-mail: wright@carsonnoel.com

BURSOR & FISHER, P.A.

*s/ Yitzchak Kopel*
Yitzchak Kopel, *pro hac forthcoming*
Israel Rosenberg, *pro hac forthcoming*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
E-mail: ykopel@bursor.com
Irosenberg@bursor.com

Christopher Reilly, *pro hac forthcoming*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
E-mail: creilly@bursor.com

*Attorneys for Plaintiff*

DLA PIPER LLP (US)

*s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Jeffrey DeGroot, WSBA No.46839
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:    206.839.4800
E-mail: austin.rainwater@us.dlapiper.com
jeffrey.degroot@us.dlapiper.com
virginia.weeks@us.dlapiper.com

Isabelle L. Ord, *pro hac vice forthcoming*
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
E-mail:  isabelle.ord@us.dlapiper.com

*Attorneys for Defendant Nordstrom, Inc*

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINES - 2
Case No. 2:23-cv-01875

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of January, 2024.

_____
John H. Chun
United States District Judge