UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM INC.,<br><br>Defendant. | No. 2:23-cv-01875<br><br>**STIPULATED MOTION AND ORDER TO STRIKE DEADLINES TO ALLOW SETTLEMENT DISCUSSIONS**<br><br>NOTE ON MOTION CALENDAR:<br>February 12, 2024 |

Plaintiff Michelle McGee ("Plaintiff") and Defendant Nordstrom Inc. ("Nordstrom") (collectively, the "Parties") stipulate and agree as follows and respectfully request the Court enter an order consistent with the following:

1. On December 6, 2023, Plaintiff filed her Complaint (ECF No. 1) against Nordstrom. On December 11, 2023, Plaintiff served the Summons and Complaint on Nordstrom via Nordstrom's registered agent.

2. On December 22, 2023, the Parties mutually agreed to extend Nordstrom's deadline to respond to the Complaint from January 2, 2024, to January 31, 2024, and to a briefing schedule for any motion Nordstrom filed under Local Rule 7(d)(3) (ECF No. 6). The Court granted the Parties' request the same day (ECF No. 7).

3. On January 11, 2024, the Court entered its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (ECF No. 9), which sets the FRCP 26(f) conference deadline as January 25, 2024, the initial disclosure deadline as February 8, 2024, and February 15, 2024 as the deadline to file a combined joint status report and discovery plan.

4. On January 25, 2024, to give Nordstrom additional time to investigate the facts and Plaintiff's claim, the Parties mutually agreed to extend Nordstrom's deadline to respond to the Complaint from January 31, 2024, to February 14, 2024 (ECF No. 10). The Parties also agreed to a briefing schedule to the extent Nordstrom filed a motion under Local Rule 7(d)(3). *Id.* The Court granted the Parties' request on January 25, 2024 (ECF No. 11).

5. On February 8, 2024, the Parties conferred and agreed it would be worthwhile to engage in discussions about a potential early resolution of this dispute. To that end, the Parties have agreed to have a settlement conference on March 28, 2024.

6. Accordingly, the Parties respectfully request that the Court strike all current deadlines, including the deadlines set forth in Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 9) and Nordstrom's deadline to respond to the Complaint (Dkt. No. 11), to allow the Parties to determine whether this matter can be resolved before litigation begins. Subject to the Court's approval, the Parties propose that they file a status report on April 4, 2024 regarding their efforts to resolve the matter.

7. By entering into this stipulation, the Parties hereto do not waive, and expressly preserve, all rights, remedies, and defenses.

Respectfully submitted this 12th day of February, 2024

| | |
|---|---|
| CARSON NOEL PLLC<br><br>*s/ Wright A. Noel*<br>Wright A. Noel, WSBA No. 25264<br>20 Sixth Avenue NE<br>Issaquah, WA 98027<br>E-mail: wright@carsonnoel.com<br><br>BURSOR & FISHER, P.A.<br><br>*s/ Yitzchak Kopel*<br>Yitzchak Kopel, *pro hac forthcoming*<br>Israel Rosenberg, *pro hac forthcoming*<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>E-mail: ykopel@bursor.com<br>Irosenberg@bursor.com<br><br>Christopher Reilly, *pro hac forthcoming*<br>701 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>E-mail: creilly@bursor.com<br><br>*Attorneys for Plaintiff* | DLA PIPER LLP (US)<br><br>*s/ Austin Rainwater*<br>Austin Rainwater, WSBA No. 41904<br>Jeffrey DeGroot, WSBA No.46839<br>Virginia Weeks, WSBA No. 55007<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:     206.839.4800<br>E-mail: austin.rainwater@us.dlapiper.com<br>jeffrey.degroot@us.dlapiper.com<br>virginia.weeks@us.dlapiper.com<br><br>Isabelle L. Ord, *pro hac vice forthcoming*<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>E-mail:  isabelle.ord@us.dlapiper.com<br><br>*Attorneys for Defendant Nordstrom, Inc* |

STIPULATED MOTION AND ORDER TO STRIKE
DEADLINES TO ALLOW SETTLEMENT
DISCUSSIONS - 3
Case No. 2:23-cv-01875

# ORDER

IT IS SO ORDERED.

Dated this 12th day of February, 2024.

_____
The Honorable John H. Chun
United States District Judge

*PRESENTED BY:*

CARSON NOEL PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264
20 Sixth Avenue NE
Issaquah, WA 98027
E-mail: wright@carsonnoel.com

BURSOR & FISHER, P.A.

*s/ Yitzchak Kopel*
Yitzchak Kopel, *pro hac forthcoming*
Israel Rosenberg, *pro hac forthcoming*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
E-mail: ykopel@bursor.com
Irosenberg@bursor.com

BURSOR & FISHER, P.A.

Christopher Reilly, *pro hac forthcoming*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
E-mail: creilly@bursor.com

*Attorneys for Plaintiff*

DLA PIPER LLP (US)

*s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Jeffrey DeGroot, WSBA No.46839
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:    206.839.4800
E-mail: austin.rainwater@us.dlapiper.com
jeffrey.degroot@us.dlapiper.com
virginia.weeks@us.dlapiper.com

Isabelle L. Ord, *pro hac vice forthcoming*
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
E-mail:  isabelle.ord@us.dlapiper.com

*Attorneys for Defendant Nordstrom, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the parties.

Dated this 12th day of February, 2024.

*s/ Kara Race-Moore*
Kara Race-Moore, Legal Practice Specialist