## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MICHELLE MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM INC.,<br><br>Defendant. | No. 2:23-cv-01875<br><br>**STATUS REPORT AND STIPULATED MOTION AND ORDER TO CONTINUE STAY OF DEADLINES TO ALLOW SETTLEMENT DISCUSSIONS**<br><br>NOTE ON MOTION CALENDAR:<br>April 5, 2024 |

Plaintiff Michelle McGee ("Plaintiff") and Defendant Nordstrom Inc. ("Nordstrom") (collectively, the "Parties") provide this status report and, subject to the Court's approval, stipulate and agree as follows:

1. On February 12, 2024, the Court entered an Order (Dkt. 13) granting the Parties' Stipulated Motion to Strike Deadlines to Allow Settlement Discussions (Dkt. 12). Pursuant to that Order and to allow the Parties to determine whether this matter can be resolved before litigation begins, the Court struck all then-current deadlines, including the deadlines set forth in Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 9) and Nordstrom's deadline to respond to the Complaint. The Parties agreed to file a status report on April 4, 2024 regarding their efforts to resolve the matter.

2. Although the Parties have not reached a settlement, the Parties are engaged in good faith settlement discussions, and agree that formal mediation with a third-party neutral would be beneficial and further facilitate a potential resolution.

3. Accordingly, the Parties request that the Court continue its stay of all deadlines to allow the Parties time to schedule and conduct a formal mediation. Subject to the Court's approval, the Parties propose providing a status report regarding their efforts to resolve this matter 60 days from the date of the order granting the instant Stipulated Motion. The Parties will also update the Court in the interim after the mediation date has been scheduled.

4. By entering into this stipulation, the Parties hereto do not waive, and expressly preserve, all rights, remedies, and defenses.

Respectfully submitted this 5th day of April, 2024

| CARSON NOEL PLLC | DLA PIPER LLP (US) |
|---|---|
| s/ Wright A. Noel<br>Wright A. Noel, WSBA No. 25264<br>20 Sixth Avenue NE<br>Issaquah, WA 98027<br>E-mail: wright@carsonnoel.com | s/ Austin Rainwater<br>Austin Rainwater, WSBA No. 41904<br>Jeffrey DeGroot, WSBA No.46839<br>Virginia Weeks, WSBA No. 55007<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:   206.839.4800<br>E-mail: austin.rainwater@us.dlapiper.com<br>jeffrey.degroot@us.dlapiper.com<br>virginia.weeks@us.dlapiper.com |
| BURSOR & FISHER, P.A.<br><br>s/ Yitzchak Kopel<br>Yitzchak Kopel, *pro hac forthcoming*<br>Israel Rosenberg, *pro hac forthcoming*<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>E-mail: ykopel@bursor.com<br>Irosenberg@bursor.com<br><br>Christopher Reilly, *pro hac forthcoming*<br>701 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>E-mail: creilly@bursor.com<br><br>*Attorneys for Plaintiff* | Isabelle L. Ord, *pro hac vice forthcoming*<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>E-mail: isabelle.ord@us.dlapiper.com<br><br>*Attorneys for Defendant Nordstrom, Inc* |

STIPULATED MOTION AND ORDER TO STRIKE
DEADLINES TO ALLOW SETTLEMENT
DISCUSSIONS - 2
Case No. 2:23-cv-01875

**ORDER**

IT IS SO ORDERED.  The parties must file a status report within sixty (60) days of this order.

Dated this 5th day of April, 2024.

_____
Honorable John H. Chun
United States District Judge