UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM INC.,<br><br>Defendant. | Case No. 2:23-cv-01875<br><br>**STATUS REPORT AND STIPULATED MOTION AND ORDER TO CONTINUE TO STAY DEADLINES TO ALLOW SETTLEMENT DISCUSSIONS** |

Pursuant to the Court's Order of April 5, 2024 (Dkt. 15), Plaintiff Michelle McGee ("Plaintiff") and Defendant Nordstrom Inc. ("Nordstrom") (collectively, the "Parties") respectfully submit this status report.

1.   On February 12, 2024, the Court entered an Order (Dkt. 13) granting the Parties' Stipulated Motion to Strike Deadlines to Allow Settlement Discussions (Dkt. 12). Pursuant to that Order, and to allow the Parties to determine whether this matter can be resolved before litigation begins, the Court struck all then-current deadlines, including the deadline for Nordstrom to respond to the Complaint and the deadlines set forth in Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 9).

STATUS REPORT AND STIPULATED MOTION
AND ORDER - 1
Case No. 2:23-cv-01875

2. The Parties continued to engage in good-faith settlement discussions, and, on April 5, 2024, the Court granted the Parties' request to stay all deadlines for an additional 60 days. Dkts. 14, 15. The Court ordered the Parties file a status report by June 4, 2024. Dkt. 15.

3. The Parties have agreed to a formal mediation with Judge Frank Maas, which is scheduled for June 10, 2024. Accordingly, the Parties respectfully request that the Cout continue to stay all case deadlines to allow the Parties time to conduct this formal mediation. Subject to the Court's approval, the Parties propose providing a status report regarding their efforts to resolve this matter by June 24, 2024.

4. By entering into this stipulation, the Parties do not waive, and expressly preserve, all rights, remedies, and defenses.

Respectfully submitted this 4th day of June, 2024.

CARSON NOEL PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264
20 Sixth Avenue NE
Issaquah, WA 98027
E-mail: wright@carsonnoel.com

BURSOR & FISHER, P.A.

*s/ Yitzchak Kopel*
Yitzchak Kopel, *pro hac forthcoming*
Israel Rosenberg, *pro hac forthcoming*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
E-mail: ykopel@bursor.com
Irosenberg@bursor.com

Christopher Reilly, *pro hac forthcoming*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
E-mail: creilly@bursor.com

*Attorneys for Plaintiff*

DLA PIPER LLP (US)

*s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Jeffrey DeGroot, WSBA No. 46839
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:    206.839.4800
E-mail: austin.rainwater@us.dlapiper.com
jeffrey.degroot@us.dlapiper.com
virginia.weeks@us.dlapiper.com

AND

Isabelle L. Ord, *pro hac vice*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
E-mail:  isabelle.ord@us.dlapiper.com

*Attorneys for Defendant Nordstrom, Inc.*

STATUS REPORT AND STIPULATED MOTION
AND ORDER - 2
Case No. 2:23-cv-01875

**ORDER**

IT IS SO ORDERED.

Dated this 4th day of June, 2024.

_____
John H. Chun
United States District Judge