UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM INC.,<br><br>Defendant. | Case No. 2:23-cv-01875<br><br>STATUS REPORT AND STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE |

Pursuant to the Court's Order of April 5, 2024 (Dkt. 17), Plaintiff Michelle McGee ("Plaintiff") and Defendant Nordstrom Inc. ("Nordstrom") (collectively, the "Parties") respectfully submit this status report.

1. On June 6, 2024, the Court entered an Order (Dkt. 17) granting the Parties' Stipulated Motion to Strike Deadlines to Allow Settlement Discussions. The Parties participated in formal mediation with Judge Frank Maas on June 10, 2024. The mediation was unsuccessful.

2. Defendant Nordstrom intends to move to compel arbitration of Plaintiff's claims and the parties have conferred regarding an orderly schedule for disposition of Nordstrom's motion to compel.

3. The parties have agreed to the following briefing schedule on Nordstrom's motion to compel arbitration, subject to the Court's approval:

- Deadline for Motion to Compel Arbitration: June 28, 2024
- Deadline for Opposition to Motion: July 19, 2024
- Deadline for Reply and Noting Date: July 26, 2024
- Deadline to file a responsive pleading to the Complaint: 14 days after the Court's ruling on the Motion to Compel.

IT IS SO STIPULATED.

Respectfully submitted this 18th day of June, 2024.

CARSON NOEL PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264
20 Sixth Avenue NE
Issaquah, WA 98027
E-mail: wright@carsonnoel.com

BURSOR & FISHER, P.A.

*s/ Yitzchak Kopel*
Yitzchak Kopel, *pro hac forthcoming*
Israel Rosenberg, *pro hac forthcoming*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
E-mail: ykopel@bursor.com
Irosenberg@bursor.com

*Attorneys for Plaintiff*

DLA PIPER LLP (US)

*s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Jeffrey DeGroot, WSBA No. 46839
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:     206.839.4800
E-mail: austin.rainwater@us.dlapiper.com
jeffrey.degroot@us.dlapiper.com
virginia.weeks@us.dlapiper.com

AND

Isabelle L. Ord, *pro hac vice*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
E-mail:  isabelle.ord@us.dlapiper.com

*Attorneys for Defendant Nordstrom, Inc.*

## **ORDER**

IT IS SO ORDERED.

Dated this 18th day of June, 2024.

_____
John H. Chun
United States District Judge